IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03109-CMA-KLM

ANDREA COUSINEAU,

      Plaintiff,

v.

UNIFUND CCR PARTNERS,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion for Leave to Attend Scheduling Conference by Telephone** [Docket No. 11; Filed February 21, 2011] (the "Motion").  Defense counsel has already received permission to appear telephonically at the Scheduling Conference [Docket No. 10].  Upon review of the present and prior Motions, the Court notes that neither contains an appropriate certification of conferral as required by D.C.COLO.LCivR 7.1A.  The parties are reminded of their obligation to comply with the Local Rules.  **Future noncompliant motions will be summarily denied**.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  On the date and time of the conference, counsel for Plaintiff shall arrange a conference call with defense counsel and contact the Court on a single line at **(303) 335-2770** to participate.

     Dated:  February 23, 2011