IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03109-CMA-KLM

ANDREA COUSINEAU,

    Plaintiff,

v.

UNIFUND CCR PARTNERS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the second **Joint Motion to Amend Scheduling Order** [Docket No. 27; Filed October 26, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART**.  The Scheduling Order entered on March 3, 2011 [Docket No. 16] and modified on August 25, 2011 [Docket No. 23] and September 1, 2011 [Docket No. 26] is further amended to extend the following deadlines.  The Court emphasizes to the parties that, given the age of this lawsuit (which, by all appearances, is not complex), **no further extensions of time will be granted**.

- Defendant's Expert Disclosure Deadline     **February 1, 2012**
- Rebuttal Expert Disclosure Deadline     **February 15, 2012**
- Deadline to Serve Written Discovery Requests     **February 1, 2012**
- Discovery Deadline     **March 1, 2012**
- Dispositive Motions Deadline     **March 15, 2012**

IT IS FURTHER ORDERED that the **Final Pretrial Conference** set for March 26, 2012, at 10:30 a.m. is **VACATED** and **RESET** to **May 15, 2012**, at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **May 10, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.

Dated:  October 27, 2011