**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **ANDREA COUSINEAU** | : | Case No. 1:10-cv-03109-CMA-KLM |
| | : | |
| **Plaintiff,** | : | Judge Christine M. Arguello |
| v. | : | Magistrate Judge Kristin K. Mix |
| | : | |
| **UNIFUND CCR PARTNERS** | : | **STIPULATION AND ENTRY AS TO** |
| | : | **UNIFUND CCR PARTNERS' MARCH** |
| **Defendant.** | : | **15, 2012 MOTION FOR ATTORNEY** |
| | : | **FEES AND COSTS** |

ORDER

Plaintiff Andrea Cousineau and Defendant Unifund CCR Partners ("Unifund"), having settled any and all claims as to Unifund's March 15, 2012 Motion for Attorney Fees and Costs (the "Motion"), hereby stipulate and agree that the Motion is hereby withdrawn with prejudice to refiling except as to any breach of the settlement agreement between the parties, and that there is no final judgment ordering Plaintiff to pay such attorney fees and costs.

SO ORDERED.

Dated: August 14th, 2012

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge